IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL HUYCK,<br><br>                Defendant. | **8:13CR107 AND 8:15CR44**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered herein, judgment is entered in favor of the plaintiff and against the defendant.

Dated this 7th day of August, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge